UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Opperisano
B&C #141-12-03854 at 18-18 Hazen st.
Quad Upper 5 - A.M.K.C.

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CITY OF NEW YORK

DORA B. SCHRIRO - Commissioner

Mayor Michael Bloomberg - NEW YORK

CORIZON HEALTH SERVICES MANAGER
Doctor Richards

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
...LY FILED
DOC# ...
DATE FILED: 6/21/12

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☒ Yes   ☐ No
                 (check one)

12 Civ. 4302 (PAE) (JCF)

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name   Joseph Opperisano
              ID#    141-12-03854
              Current Institution   AMKC - C95
              Address   18-18 Hazen street
                        East Elmhurst, new York 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name CITY OF NEW YORK                         Shield #_____
                  Where Currently Employed CORPORATION COUNSEL
                  Address 100 Church street
                          New York, New York 10007

**Defendant No. 2**   Name DORA B. SCHRIRO   Shield # _____
Where Currently Employed COMMISSIONER OF D.O.C.
Address 75-20 ASTORIA BLVD.
EAST ELMHURST, NEW YORK 11370

**Defendant No. 3**   Name Mayor michael bloomberg   Shield # _____
Where Currently Employed Gracie Mansion
Address CITY HALL NEW YORK CITY, NEW YORK

**Defendant No. 4**   Name DOCTOR RICHARDS SITE DIRECTOR   Shield # _____
Where Currently Employed CORIZON HEALTH CARE SERVICES
Address 18-18 HAZEN STREET A.M.K.C.
EAST ELMHURST, NEW YORK 11370

[margin note: Who did what?]

**Defendant No. 5**   Name _____   Shield # _____
Where Currently Employed _____
Address _____

II. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
A.M.K.C.

B.  Where in the institution did the events giving rise to your claim(s) occur?
INTAKE AREA MEDICAL IDENTIFICATION AND BEDDING FOR HOUSING AREA, CLOTHES BOX.

C.  What date and approximate time did the events giving rise to your claim(s) occur?
THIS ISSUE OCCURED UPON MY INTAKE DATE OF WHICH IS NOT EXACTLY KNOWN TO THIS PLAINTIFF AT THIS TIME.

2

It was stated in DELANEY V SELSKY 899 F.SUPP.923 to prevent a misuse of authority and the issue of improper bedding is cause for significant and atypical hardship.

D. Facts: In approximetely 2010 the NEW YORK CITY budget for the department of corrections eliminated the CORCRAFT and inner State facility mattress shop materials (BEDDINGS) for a more cheeper and cost effective bedding(((Mattress))) It was already in error for having beds all one size and not accomadating for pe--ople over 5'11" tall but it also chose to overlook health and or other legal ramifications and detriment to the inmate population when they substituted the standard mattresses for non NEW YORK STATE STANDARD Mattress matys incomplete bedding sets and issued them to the full inmate population at rikers island. Causing the plaintiff extreme lower back pain and leg soreness. Mayor Bloomberg, Dora B Schriro, Corporation Counsel all are responsible to access a viable budgetary system in NEW YORK CITY to assure compliance with the State Correctional; health and hospital and chiropractic regulations for bedding et.al. in the City of New York Correctional System. That the failure to issue proper size bed frame and mattress as per individual is cause for the extreme leg and back pain. The fact that pillows are not given out to all of the detainees and not to the deponent is further cause as I am the sole victim of the defendants with neck pain as well The sad thing is that the manager of the CORIZON health services has also failed to declare an emergency and have the health department man-date emergency measures as the problem is of epidemic proportion

III. Injuries: SEE MEDICAL RECORDS

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. EXTREME PAIN IN LOWER BACK AND NECK AND LEGS. Exacerbation of prior injuries. Extreme emotional distress as I cannot make a bed or mattress and everytime I am able to get an extra blanket to stuff with a sheet to build a mattress it is taken on the search.

Cruel and unusual punishment against the detainee herein as an individual and as a class of people is also a hate crime..

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes **X** No ____

Rev. 05/2007     3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Since 2010 I have been in the following correctional facilities. A.M.K.C._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No _X_   Do Not Know ___

If YES, which claim(s)? _They claim issue is a budget issue._

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No _X_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _GRIEVANCE FILED IN A.M.K.C. FACILITY_

  1. Which claim(s) in this complaint did you grieve? _The mattress and Bed Frame size and style is inappropriate for my weight/height._

  2. What was the result, if any? _grievance declared they cannot do anything to fix the problem._

  3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _contacted outside agencies sought appeal mechanism but was told there are none other than appeal through the courts._

F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here: _not applicable._

  2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007                                                 4

informed, when and how, and their response, if any: _____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

I filed the grievance and was told D.O.C. has to address this issue because the grievance department cannot do anything other than file the grievance. Called Inspector General at 212 266 1900 and reported incident, and called 212 577 3530 the prisoners rights project all investigations were pending. Wrote to health department, d.o.c. b.o.c. to seek emergency relief.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). compensatory damages 5,000,000.00 dollars, treble damages 45,000,000.00 dollars Nominal damages with costs and fees 100,000,000.oo dollars and for such other and further relief to be deemed just and proper in and under the extreme circumstances of this matter as the issue is known to the city and all defendants and they still fail to make consessio-ns and reasonable accomadations for the plaintiff class.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No __X__

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No __X__

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

*Rev. 05/2007*

6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of June, 2012.

Signature of Plaintiff: /s/

Inmate Number: 141-12-03854

Institution Address: 18-18 HAZen Street
East Elmhurst N.Y.
11370.

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 18 day of June, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: /s/

UNDER PENALTY OF LAW THI
TAG NOT TO BE REMOVED
EXCEPT BY THE CONSUMER

ALL NEW MATERIAL
Consisting of
100% THERMALLY BONDED
FIRE RESISTANT
POLYESTER STAPLE

REG. NO. NC-769

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

BOB BARKER CO. INC
7925B PURFOY ROAD
FUQUAY-VARINA, NC 27526

MADE IN USA

Manufactured by:
Bob Barker Co., Inc.
7925 Purfoy Road
Fuquay-Varina, NC 27526

Date of Manufacture:



Model:

Prototype ID: PJM25754-1

This mattress meets the requirements of 16 CFR 1633 (federal flammability (open flame) standard for mattress sets) when used without a foundation.

THIS MATTRESS
IS INTENDED TO BE USED
**WITHOUT** A FOUNDATION

The receipt herein are all from 2010 and are smaller than originally intended.

# WARNING

Improper cleaning and/or disinfection will shorten the life of this product.

## Cleaning/Disinfection Instructions

Soils and stains: use soft sponge with neutral suds and warm water.
Hard to clean spots: use standard liquid household vinyl cleaners and soft sponge.
Pre-soak if needed.

### Do Not Use
Harsh Cleaners or Solvents.

Disinfection: dilute disinfectants and/or germicides as specified on manufacturer's product label.

### Use Disinfectants Only
In Those Dilutions Recommended
By the Manufacturer.

Bob Barker Company, Inc.  Fuquay-Varina, NC 27526

facility. The approved facility for pillows and mattresses;their
cleaning products are for cleaning of their products,
meanwhile Bob Barker products request standard liquid household
vinyl cleaners .with a note do not use harsh cleaners,nor any
harsh solvents . The disinfectants we use say dangerous to humans
and domestic animals. These mats start at 4 inches but reduce in
a quick pace to a lesser size and cause extreme back pain..Thata
P.A. at WEST FACILITY CLININ 18 lower A.M.K.C. C-95  Cooper(phone
-tic ) has personally eyewitnessed the mattresses and declared
said mattresses to be too thin for human beings to sleep on, she
is medical and declared this is a serious D.O.C. issue, and she
issued medication for lower back pain see medical records.

## DO NOT REMOVE THIS TAG
## UNDER PENALTY OF LAW.

ALL NEW MATERIAL CONSISTING OF
### 100% POLYESTER FILLING
### AND
### FLAME RETARDANT VINYL COVERING

Reg. No. NY - 6389

| MADE BY | |
|---|---|
| EASTERN CORRECTIONAL FACILITY INDUSTRY | Certification is made that the materials in this article are described in accordance with law. |
| NAPANOCH, NY 12458 | |
| Open market sale Prohibited | |

EA035 (6/97)

THIS PRODUCT IS COVERED WITH..

 DAF *AB*

### CARE AND CLEANING RECOMMENDATIO

**REMOVAL OF SURFACE SOIL AND STAINS**
Simply washing or brushing the stain with a mi. neutral pH soap and warm water will achieve removal of surface soil and most surface stains. When brushing, use a soft bristle brush. Always rinse with warm water and allow to air dry.

**DISINFECTION**
When using a cleaning agent, always use mild disinfectants and only in the dilute concentrations recommended on the manufacturer's label. Never use concentrations higher than recommended, as damage to the product may occur.

**CAUTION**
Laundering is not recommended. Solvent based and harsh cleaning detergents should not be used on DAF AB institutional fabrics.

LIBERTY L -670
LIBERTY L-671
Diamond Milcide

## WARNING

Improper cleaning and/or disinfection will shorten the life of this product.

### Cleaning/Disinfection Instructions

Soils and stains: use soft sponge with neutral suds and warm water.
Hard to clean spots: use standard liquid household vinyl cleaners and soft sponge. Pre-soak if needed.

### Do Not Use Harsh Cleaners or Solvents.

Disinfection: dilute disinfectants and/or germicides as specified on manufacturer's product label.

### Use Disinfectants Only In Those Dilutions Recommended By the Manufacturer.

Bob Barker Compan. Inc. Fuquay-Varina, NC 27526

---

**UNDER PENALTY OF LAW THIS TAG NOT TO BE REMOVED EXCEPT BY THE CONSUMER**

ALL NEW MATERIAL
Consisting of
100% THERMALLY BONDED
FIRE RESISTANT
POLYESTER STAPLE

REG. NO. NC-769

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

BOB BARKER CO. INC
7925B PURFOY ROAD
FUQUAY-VARINA, NC 27526

MADE IN USA

---

```
The receipts herein are all from
1 mattress of which all of the mattresses
come from the same company and are
all declared to be too thin and
not to verily be cleaned with the
cleaners at N.Y.C.D.O.C. from their
sister company corcraft and D.O.C.S.
```

Manufactured by:
Bob Barker Co., Inc.
7925 Purfoy Road
Fuquay-Varina, NC 27526

Date of Manufacture:

Model:

Prototype ID: PJM25754-1

This mattress meets the requirements of 16 CFR 1633 (federal flammability (open flame) standard for mattress sets) when used without a foundation.

THIS MATTRESS
IS INTENDED TO BE USED
*WITHOUT* A FOUNDATION

# WARNING

Improper cleaning and/or disinfection will shorten the life of this product.

## Cleaning/Disinfection Instructions

Soils and stains: use soft sponge with neutral suds and warm water.
Hard to clean spots: use standard liquid household vinyl cleaners and soft sponge.
Pre-soak if needed.

## Do Not Use
### Harsh Cleaners or Solvents.

Disinfection: dilute disinfectants and/or germicides as specified on manufacturer's product label.

## Use Disinfectants Only
### In Those Dilutions Recommended By the Manufacturer.

Bob Barker Company, Inc. Fuquay-Varina.

This exhibit has a compliant identification number
1932
JV30754GDBL of which is the main number for all of the mattresses

---

UNDER PENALTY OF ___
TAG NOT TO BE REMOVED
EXCEPT BY THE CONSUMER

**ALL NEW MATERIAL**
Consisting of

**100% THERMALLY BONDED FIRE RESISTANT POLYESTER STAPLE**

**REG. NO. NC-769**

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

**BOB BARKER CO. INC**
P.O. BOX 429
FUQUAY-VARINA, NC 27526

**MADE IN USA**

Manufactured by:
Bob Barker Co., Inc.
7925 Purfoy Road
Fuquay-Varina, NC 27526

Date of Manufacture:

Model: 1632 COMPL___NT
JV30754GDBL
Prototype ID: PJM25754-1

This mattress meets the requirements of 16 CFR 1633 (federal flammability (open flame) standard for mattress sets) when used without a foundation.

THIS MATTRESS
IS INTENDED TO BE USED
*WITHOUT* A FOUNDATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Offerisano B&c# 141-12-03854
Quad Upper S - AMKC

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

12 Civ. 4302 (PAE) (JCF)

- against -

City of New York

**AFFIRMATION OF SERVICE**

Dora B. Schriro - Commissioner
Mayor Michael Bloomberg - New York
Corizon Health Services Doctor Richards

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Joseph Offerisano *(name)*, declare under penalty of perjury that I have served a copy of the attached Amended Complaint *(document you are serving)* upon Pro SE Office *(name of person served)* whose address is United States District Court Southern district of N.Y. 500 Pearl St room 230 NYNY 10007 *(where you served document)* by Certified Mail. *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: East Elmhurst, N.Y.
*(town/city)* *(state)*

June 18, 2012
*(month)* *(day)* *(year)*

Signature _____ B&c# 141-12-03854

Address: 18-18 Hazen Street
City, State: East Elmhurst New York
Zip Code: 11370
Telephone Number: N/A

Rev 05/2007

# NOTE:

John Ooe on original complaint found is -
Doctor Richards, from Corizon Health Services located at 18-18 Hazen Street East Elmhurst N.Y. 11370

Governor Cuomo, dismissed from Amended complaint for who was on the original complaint...

The above is True & correct...        [signature]        6/18/12